| | | |
|---|---|---|
| **VIRGINIA NATURAL GAS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:17-CV-311-RBS-LRL** |
| | ) | |
| **L.M. SANDLER & SONS, INC.,** | ) | |
| **TODAY HOMES, INC., and** | ) | |
| **WASA PROPERTIES, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR ATTORNEY FEES

COMES NOW Plaintiff Virginia Natural Gas, Inc. ("VNG") and, pursuant to 28 U.S.C. §1447(c), files this Motion to Remand and Request for Attorney Fees ("Motion"). VNG moves this Court to enter an Order remanding this action to the Circuit Court for the City of Chesapeake, Virginia, and granting VNG reasonable attorney fees incurred in filing this Motion. As articulated in the Memorandum in Support filed with this Motion, this Court has no jurisdiction over this action because the Parties are not diverse and no federal law is implicated.

WHEREFORE, Plaintiff Virginia Natural Gas, Inc. respectfully requests that this Court enter an Order remanding this action to the Circuit Court for the City of Chesapeake, Virginia, awarding VNG its reasonable attorney fees, and granting such other relief as the Court deems just and proper.

Respectfully submitted,

VIRGINIA NATURAL GAS, INC.

By:   /s/ *Jason E. Manning*

Jason E. Manning (VSB No. 74306)
Robert W. Angle (VSB No. 90521)
**TROUTMAN SANDERS LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia  23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
jason.manning@troutmansanders.com
woody.angle@troutmansanders.com

*Counsel for Plaintiff*

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 14, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ *Jason E. Manning*
Jason E. Manning (VSB No. 74306)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia  23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
jason.manning@troutmansanders.com